**Order filed June 13, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01099-CV
_____

### BURNEY ROAD MUNICIPAL UTILITY DISTRICT, Appellant

### V.

### CITY OF SUGARLAND, TEXAS, Appellee

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-249190**

## O R D E R

Appellant's brief was due June 3, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 28, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM